IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASSURANCE COMPANY OF AMERICA,

    Plaintiff,

vs.

MDF FRAMING, INC.

    Defendants.
_____/

No. MISC 07-14 FCD KJM

(No. 06-CV-169 U.S. Dist. Ct., D.Or.)

ORDER

    Intervenor in the action pending in the District of Oregon has requested an order shortening time on a motion to compel non-party LaCurtis Sumlin, Jr. to appear for deposition testimony. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Hearing on intervenor's motion to compel is set for March 21, 2007.

    2. Opposition, if any, shall be filed no later than March 14, 2007. Non-party LaCurtis Sumlin, Jr. is cautioned that failure to file opposition will result in an order compelling his deposition.

    3. The Clerk of Court is directed to serve a copy of this order on Gregory Baird, Gordon & Polscer, Suite 650, 9755 SW Barnes Rd, Portland, OR 97225 and also to serve a copy on LaCurtis Sumlin, Jr., 3547 Misty Morning Circle, Sacramento, CA 95827.

DATED: March 7, 2007.

U.S. MAGISTRATE JUDGE

006
assurance.ost

1