IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASSURANCE COMPANY OF
AMERICA,

      Plaintiff,                    No. MISC 07-0014 FCD KJM

    vs.

MDF FRAMING, INC.,               <u>ORDER</u>

      Defendant.
_____/

ORENCO EAST VILLAGE, LLC, et al.,

      Intervenors.
_____/

        Intervenors' motion to compel the deposition testimony of third-party witness LaCurtis Sumlin, Jr., and for a contempt citation, came on for hearing on March 21, 2007. Jeffrey L. Anderson appeared for intervenors. No appearance was made for Mr. Sumlin. At hearing, intervenors withdrew their request for sanctions in the form of attorneys' fees and costs, and instead requested the issuance of an arrest warrant to ensure Mr. Sumlin's appearance at deposition. Upon further review of the documents in support of the motion, while the court acknowledges the filing of a second amended notice of deposition and proof of service of a

1

1  subpoena in connection with the deposition noticed for January 9, 2007, the court is unable to
2  locate in the record a copy of the subpoena for the January 9, 2007 deposition itself.  If they are
3  able, intervenors are directed to file this subpoena, with verification that it was properly served
4  on Mr. Sumlin, at their earliest convenience.
5  DATED:  March 23, 2007.

_____
U.S. MAGISTRATE JUDGE