IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASSURANCE COMPANY OF
AMERICA,

       Plaintiff,

vs.

MDF FRAMING, INC.,

       Defendant.
_____/

ORENCO EAST VILLAGE, LLC, et al.,

       Intervenors.
_____/

No. MISC 07-0014 FCD KJM

<u>ORDER</u>

       Intervenor has filed an application for an order shortening time on a motion for certification of contempt. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Intervenor's motion for contempt is set for hearing May 23, 2007.

       2. Opposition to the motion for contempt shall be filed no later than May 16, 2007.

       3. If LaCurtis Sumlin, Jr. submits to deposition prior to the May 23, 2007 hearing, the hearing on intervenor's motion will be vacated.

/////

1  4. The Clerk of Court is directed to serve a copy of this order by mail on LaCurtis Sumlin, Jr., 3547 Misty Morning Circle, Sacramento, CA 95827, and to docket proof of such service.

2  5. The Clerk of Court also is directed to serve a copy of this order on Heidi Burghardt, Administrative Officer, U.S. Marshals Service, 501 I Street, Fifth Floor, Sacramento, CA 95814.

3  6. The U.S. Marshals Service is directed to personally serve this order on LaCurtis Sumlin, Jr. at 3547 Misty Morning Circle, Sacramento, CA 95827.

DATED: May 11, 2007.

_____
U.S. MAGISTRATE JUDGE

006
assurance2.ost