IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MDF FRAMING, INC.,<br><br>    Defendant.<br>_____/<br>ORENCO EAST VILLAGE, LLC, et al.,<br><br>    Intervenors.<br>_____/ | No. MISC 07-0014 FCD KJM<br><br>CERTIFICATION OF FACTS AND<br><br>ORDER TO SHOW CAUSE |

Intervenor's motion for certification of facts regarding contempt came on for hearing before the undersigned on May 23, 2007.  Jeffrey Anderson appeared for intervenor and moving party.  Subpoenaed third party witness LaCurtis Sumlin, Jr. did not appear.

/////

/////

/////

1

As provided by 28 U.S.C. § 636(e)(6), IT IS HEREBY CERTIFIED to the United States District Judge assigned to this action:

Intervenors initially issued a subpoena for Mr. Sumlin's deposition to occur on November 2, 2006. That subpoena, with witness fees as required by Federal Rule of Civil Procedure 45, was personally served on Mr. Sumlin on October 21, 2006. Based on proceedings in the case in which Mr. Sumlin's testimony is sought, Case No. 3:06-CV-169-MO (D. Or.), the November 2 deposition of Mr. Sumlin was continued indefinitely.

Intervenors then issued a subpoena for Mr. Sumlin's deposition to occur on December 18, 2006. This subpoena was personally served on Mr. Sumlin on December 12, 2006. The process server effecting service of this subpoena has submitted an affidavit stating that Mr. Sumlin said he did not want the package and that he would "turn his dogs loose" on the process server if he left the package, which he did. The December 18 deposition date was continued at the request of plaintiff's counsel in the Oregon case.

Most recently, intervenors issued a subpoena for Mr. Sumlin's deposition to occur on January 9, 2007. This subpoena was served on Mr. Sumlin on December 31, 2006. The process server effecting service of this subpoena has submitted an affidavit stating that a man matching Mr. Sumlin's description told him to leave the property or Mr. Sumlin would call the sheriff. Mr. Sumlin failed to appear for the January 9 deposition.

On March 8, 2007, this court issued an order to show cause, setting a hearing on intervenors' motion to compel for March 21, 2007 at 10 a.m. and directing the filing by March 14, 2007, of any opposition to the motion to compel. The order to show cause cautioned Mr. Sumlin that failure to file opposition would result in an order compelling his deposition. See Docket No. 7. The court's order directed the Clerk of Court to serve the order to show cause on Mr. Sumlin at 3547 Misty Morning, Sacramento, CA 95827, and the docket reflects that such service was effected. Id. Mr. Sumlin did not file opposition and did not appear for hearing.

/////

1         By order filed March 23, 2007, Mr. Sumlin was ordered to appear for deposition at the office of intervenors' local counsel, Diepenbrock Harrison, 400 Capitol Mall, Suite 1800, Sacramento, CA 95814, at 10 a.m. on March 28, 2007.  Mr. Sumlin was cautioned that if he failed to appear for deposition at the time and place set forth above, the undersigned would certify the facts of this matter to the district judge and recommend the issuance of a civil contempt citation and the imposition of sanctions.  See Docket No. 15.  The docket reflects service by mail of the March 23, 2007 order on Mr. Sumlin on his address of record.  The docket also reflects the attempts by the Marshal to serve a copy of that order on Mr. Sumlin and his evasion of service.  Mr. Sumlin failed to appear for his deposition.

        This matter was put on for hearing on intervenor's present application for certification of facts regarding contempt.  Mr. Sumlin again failed to appear for hearing and again failed to file opposition to the motion.  The docket reflects the numerous attempts by the Marshal to serve the order setting hearing on the present application on Mr. Sumlin and the order also was served by mail on Mr. Sumlin.  See Docket No. 27.  Mr. Sumlin's failure to comply with the March 23, 2007 order directing him to submit to deposition continues to the present.

        Accordingly, IT IS HEREBY ORDERED that:

        1. LaCurtis Sumlin, Jr. shall appear in the courtroom of United States District Judge Frank C. Damrell, Jr. on June 22, 2007 at 10:00 a.m., then and there to show cause why he should not be held in civil contempt of court, and be ordered to pay daily fines and incarcerated until he shall have purged himself of the contempt by submitting to deposition.

        2. The Clerk of Court is directed to serve a copy of this order by mail on LaCurtis Sumlin, Jr., 3547 Misty Morning Circle, Sacramento, CA 95827, and to docket proof of such service.

/////

3.  The Clerk of Court also is directed to serve a copy of this order on Heidi Burghardt, Administrative Officer, U.S. Marshals Service, 501 I Street, Fifth Floor, Sacramento, CA 95814.

4.  The U.S. Marshals Service is directed to personally serve this order on LaCurtis Sumlin, Jr. at 3547 Misty Morning Circle, Sacramento, CA 95827.

DATED:  May 23, 2007.

_____
U.S. MAGISTRATE JUDGE

006

assurance.cert