# UNITED STATES DISTRICT COURT
### Eastern District of California

ASSURANCE COMPANY OF AMERICA
        Plaintiff(s),
        v.

MDF FRAMING, INC.,
        Defendant(s),
ORENCOEAST VILLAGE
LLC, et al.,
        Intervenor(s).

**WARRANT FOR ARREST**

Case Number: MISC 07-0014FCD KJM

To: The United States Marshal
    And any Authorized United States Officer

        YOU ARE HEREBY COMMANDED to arrest   LACURTIS SUMLIN, JR.

and bring this witness forthwith before the District Court   Sacramento, California

for the reason that the witness failed to appear after having been served with a subpoena to appear in this case.

        **YOU ARE FURTHER COMMANDED** to detain the witness in custody until the witness is discharged by the

Court

        **ORDERED BY**

| | |
|---|---|
| FRANK C. DAMRELL JR. | U.S. DISTRICT JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | June 22, 2007, Sacramento, California |
| Signature of Issuing Officer | Date and Location |

M. Price
(By) Deputy Clerk

Bail fixed a $ No Bail      by      FRANK C. DAMRELL JR.
                                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above names witness.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |