

FILED

SEP 17 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASSURANCE COMPANY OF AMERICA,

       Plaintiff,

       vs.

MDF FRAMING, INC., et al.,,

       Defendants.
_____/

2:07-mc-0014 FCD KJM

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release LACURTIS SUMLIN, Case No. MISC. S-07-0014 FCD KJM, from custody as follows:

   _X_   Release on Personal Recognizance

   ___   Bail Posted in the Sum of $ [ ]

          ___   Unsecured Appearance Bond

          ___   Appearance Bond with 10% Deposit

          ___   Appearance Bond with Surety

1        ___    Corporate Surety Bail Bond

2        _x_    (Other): After completion of Deposition to take place on Monday,

3             September 17, 2007 at 9:00 a.m. at 501 I Street, 5th Floor, Sacramento,

4             CA 95814

5 Issued at Sacramento, CA on September 17, 2007 at 9:00 a.m.

7 Dated: September 17, 2007

8                                  _____
                                       FRANK C. DAMRELL JR.

9                                        UNITED STATES MAGISTRATE JUDGE

SUMLIN LACURTIS release order.wpd      2